AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shipp, Michael A. | U.S. Dist. Ct. - NJ | 11/20/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District judge - full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shipp, Michael A. | 11/20/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Seton Hall University School of Law Adjunct Professor, teaching income | $12,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Akin Gump |
| 2. 2018 | KPMG, LLP |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYIPLA | March 23, 2018 | NY | 96th Annual Judges Dinner | Dinner & car service |
| 2. | KPMG | October 2018 | Barcelona, Spain | New Partners Conference | Airfare & meals |
| 3. | Duke University School of Law | May - June 2018 | Durham, NC | Bolch Judicial Institute | Classes, lodging, transportation & meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shipp, Michael A. | 11/20/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Tufts University | Tuition Agreement | L |
| 2. Nelnet | Student Loans | L |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Bank of America | A | Int./Div. | J | T | | | | | |
| 2.  Leg Mason Scholars Choice 529 Plan Age-Bsed (not self-directed) H | | | | | | | | | |
| 3.  Age 19 and Up | A | Interest | J | T | | | | | |
| 4.  Prudential Merged Supplemental Retirement Plan (cash balance account) | C | Int./Div. | M | T | | | | | |
| 5.  Prudential Common Stock | C | Int./Div. | | | Sold | 09/19/18 | L | | |
| 6.  Prudential Employee Savings Plan (PESP) (401K) (H) | | | | | | | | | |
| 7.  Alliance Bernstein Core Opportunity Fund | A | Int./Div. | M | T | Redeemed | 09/19/18 | | | |
| 8.  Jennison Opportunistic Equity | A | Int./Div. | J | T | Redeemed | 09/19/18 | | | |
| 9.  PESP Fixed Rate Fund | A | Int./Div. | K | T | Redeemed | 09/19/18 | | | |
| 10.  Prudential Financial Inc. Common Stock Fund | A | Int./Div. | K | T | Redeemed | 09/19/18 | | | |
| 11.  Wellington Trust Company CIF International Opportunities Portfolio | A | Int./Div. | K | T | Redeemed | 09/19/18 | | | |
| 12.  Merrill Edge Account (H) | | | | | | | | | |
| 13.  CD Wells Fargo Bank NA | A | Interest | M | T | | | | | |
| 14.  CD Sallie Mae Bk | A | Interest | L | T | | | | | |
| 15.  Akin Gump Diversified Multi-Asset Moderate Fund (401K) | A | Int./Div. | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations -

This FDR is submitted in response to the Committee's October 14, 2020 Letter of Inquiry.

Part VII, lines 6-11. In accordance with the instructions in the Letter of Inquiry, the aggregate values from the header line were removed and the income and value of each asset were disclosed in Columns B and C. As indicated in my previous reports, I had limited information regarding these accounts.  was not derived from my assests, income, or activities; I do not expect to derive and have not derived a benefit from the PESP; and I have no further knowledge  regarding the PESP.

Part VII, line 35 - The Letter of Inquiry requested a complete asset name for the assest listed in Part VII, line 35. At the time the 2018 FDR was submitted, the 2017 report had not yet been accepted by the Committee. In response to Letters of Inquiry regarding the 2017 report, the name of the fund itself was listed and the titles of the individual assets within the fund deleted. In accordance with the instructions received during the review of the 2017 report, this amended report provides the name of the fund at Part VII, line 35, and does not include the names of the individual assets within the fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Michael A. Shipp**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544